# United States Navy–Marine Corps Court of Criminal Appeals

————————————

### UNITED STATES
*Appellee*

v.

### Joshua A. POINDEXTER
### Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

————————————

## No. 201800280

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary.

*Decided:* 7 February 2019

————————————

*Military Judge:*
Lieutenant Colonel Eugene H. Robinson, Jr., USMC.

*Approved Sentence:* Reduction to E-1, total forfeiture of pay and allowances, confinement for 4 years[1] and a dishonorable discharge. Sen-Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone.

*For Appellant:*
Lieutenant Commander Paul D. Jenkins, JAGC, USN.

*For Appellee:*
Brian K. Keller, Esq.

————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

---

[1] The Convening Authority suspended confinement in excess of 36 months pursuant to a pretrial agreement.

_____

Before WOODARD, HUTCHISON, and TANG
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court